| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2020 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Wood, Diane P. | 2. Court or Organization U.S. Court of Appeals for the Seventh Circuit | 3. Date of Report 05/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2020 to 12/31/2020 |

**7. Chambers or Office Address**

2788F U.S. Courthouse
219 S. Dearborn St.
Chicago, IL 60604-1805

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. Trust, Council, and Board | American Academy of Arts & Sciences |
| 3. Council | American Law Institute |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | University of Chicago (Teaching) | $28,595.00 |
| 2. 2020 | LEG, Inc. (West) (Book Royalties) | $1,349.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Northwestern University Feinberg School of Medicine - Professor of Neurology - salary |
| 2. 2020 | Self-employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | January 16-18, 2020 | Philadelphia, PA | Council Meeting | T, F, L |
| 2. | University of California Berkeley Law School | January 29-30, 2020 | Berkeley, CA | Conference | T, F, L |
| 3. | Arizona State University | February 15-16, 2020 | Scottsdale, AZ | Dinner - Justice O'Connor | T, F, L |
| 4. | Salzburg Global Seminar | February 21-22, 2020 | Washington, DC | Talk to Cutler Fellows | T, F, L |
| 5. | American Law Institute | February 27-28, 2020 | Malibu, CA | Conference | T, F, L |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. TIAA Traditional Fund (Note 1) | | None | O | T | | | | | |
| 2. CREF Stock R3 Traditional Mutual Fund (Note 1) | | None | P1 | T | | | | | |
| 3. BMO Harris Bank - Cash Account | D | Interest | O | T | | | | | |
| 4. Chase Bank - Cash Account | B | Interest | N | T | | | | | |
| 5. Ameriprise 403(b) (H) (Note 1) | | | | | | | | | |
| 6. -RiverSource Flexible Annuity | | None | L | T | | | | | |
| 7. Amerprise Brokerage Acct. (H) | | | | | | | | | |
| 8. -Dreyfus | A | Dividend | K | T | | | | | |
| 9. -Columbia Disc. Core Cl. Mutual Fund | A | Dividend | K | T | | | | | |
| 10. -Columbia Select Int'l Equity | A | Dividend | K | T | | | | | |
| 11. -Columbia High Yield Bond | A | Dividend | L | T | | | | | |
| 12. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 13. BMY (Bristol-Myers Squibb) Common Stock | A | Dividend | K | T | | | | | |
| 14. Fastenal | D | Dividend | N | T | | | | | |
| 15. Fidelity Rollover IRA #1 (H) (Note 1) | | | | | | | | | |
| 16. -FDRXX | | None | L | T | | | | | |
| 17. -CLSPX | | None | N | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wood, Diane P. | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -FAST | | None | L | T | | | | | |
| 19.  -FDVLX | | None | N | T | | | | | |
| 20.  -GE | | None | K | T | | | | | |
| 21.  -TFFYX | | None | M | T | | | | | |
| 22.  Fidelity SEP IRA (H) (Note 1) | | | | | | | | | |
| 23.  -FDRXX | | None | J | T | | | | | |
| 24.  -FLPSX | | None | M | T | | | | | |
| 25.  Fidelity Northwestern (H) (Note 1) | | | | | | | | | |
| 26.  -JDVWX | | None | M | T | | | | | |
| 27.  -MVCKX | | None | N | T | | | | | |
| 28.  -VPMAX | | None | N | T | | | | | |
| 29.  Northwestern Mem 401(k) (H) (Note 1) | | | | | | | | | |
| 30.  -FGCKX | | None | L | T | | | | | |
| 31.  -Vanguard Target | | None | K | T | | | | | |
| 32.  -BPLIX | | None | K | T | | | | | |
| 33.  Northwestern 457(b) (H) (Note 1) | | | | | | | | | |
| 34.  -VTTVX | | None | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Diane P.** | 05/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  -VTXVX | | None | N | T | | | | | |
| 36.  Fidelity Puritan Fund | D | Dividend | M | T | | | | | |
| 37.  General Electric Common Stock | A | Dividend | K | T | | | | | |
| 38.  Walmart de Mexico | A | Dividend | K | T | | | | | |
| 39.  Wells Fargo (H) | | | | | | | | | |
| 40.  -WMFAX (Municipal Bond-A) | A | Dividend | J | T | | | | | |
| 41.  -SADAX (Ultra Short Term Income-A) | D | Dividend | N | T | | | | | |
| 42.  -NWMXX (Municipal Money Market) | A | Dividend | M | T | | | | | |
| 43.  Zimmer Biomet Holdings | A | Dividend | J | T | | | | | |
| 44.  JPMorgan Managed Brokerage | E | Interest | O | T | | | | | |
| 45.  Vanguard Inst. Index (Note 1) | | None | J | T | | | | | |
| 46.  E*Trade Cash (Y) | | | | | | | | | |
| 47.  Kraft Heinz (X) | A | Dividend | L | T | Buy | 11/01/20 | L | | Self-cash |
| 48.  Fidelity Rollover IRA #2 (X) (managed)<br>(Note 1) | | None | P1 | T | Buy | 03/01/20 | P1 | | Self-cash |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wood, Diane P.** | 05/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes:

1.  All holdings with a "Note 1" designation are ordinary mutual funds or annuities for which neither I nor my spouse has any say in the investment mix, and are not income-producing.  The value of accumulations increases or decreases depending on the market and premiums paid.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diane P. Wood**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544